Exhibit 2 to the Complaint.

# U.S. Patent No. 7,650,376 v. Dish Network Corporation
# Exemplary Claim of Infringement, Claim 37

Exhibit 2 to the Complaint.

# 1. Claim Chart

| Claim | Analysis |
|---|---|
| [37.P] A computer readable storage medium or media encoded with one or more computer programs including instructions for effecting the provision of content over a network, comprising | Dish Network Corporation ("Company") makes, uses, sells, and/or offers to sell a computer-readable storage medium or media encoded with one or more computer programs including instructions for effecting the provision of content over a network.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Company provides Sling TV, an app-based TV service ("a computer-readable storage medium or media encoded with one or more computer programs") that allows users to stream live television and on-demand content such as entertainment, sports, and news. Further, Sling TV operates as a virtual multichannel video programming distributor (v-MVPD) that provides video content over the internet ("instructions for effecting the provision of content over a network").<br><br>**What is Sling TV?**<br><br>Sling TV is the first app-based TV service letting you stream live television and on-demand content over the internet. Watch live shows wherever you are, at home or on the go! With Sling TV, you get to choose the television option that's right for you, including Channel Add-ons, Premiums Add-ons, DVR Plus and more. Watching live TV is easier and more affordable with Sling - it's the way TV should be!<br><br>Source: https://www.sling.com/#:~:text=Sling%20TV%20is%20the%20first,home%20or%20on%20the%20go! |

Exhibit 2 to the Complaint.



Source: https://www.sling.com/#entertainment (annotated)

Source: https://www.appsflyer.com/glossary/mvpd/

Exhibit 2 to the Complaint.

| | |
|---|---|
| | Source: https://www.infosys.com/industries/communication-services/white-papers/documents/virtual-multichannel-video-programming.pdf, Page 2<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [37.1] instructions for receiving a request from a client for specified content | Company provides instructions for receiving a request from a client for specified content.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the Sling application presents various content options along with search functionality that allows users ("a client") to select or search ("request from a client") for the desired content ("specified content") such as various channels, shows, and movies.<br><br><br><br>Source: https://www.sling.com/search |

Exhibit 2 to the Complaint.

| | |
|---|---|
| | <br><br>Source: https://www.sling.com/search (annotated)<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [37.2] instructions for communicating to the client the identity of a node server having the specified | Company provides instructions for communicating to the client the identity of a node server having the specified content stored thereon, thereby enabling the client to request transmission of the specified content from the node server.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, when the user requests the content, the Sling application searches for the requested content within its servers such that the user accesses the content from the identified server (or content provider) ("a node server having the specified content stored thereon").  Since the requested content is presented to the user through the Sling TV application over the internet, upon information and belief, the application comprises instructions for communicating to the users the identity of the node server, thereby enabling the client to request transmission of the specified content from the node server. |

Exhibit 2 to the Complaint.



Exhibit 2 to the Complaint.



Source: https://www.youtube.com/watch?v=ZouosTxhufQ at 0:43 (annotated)

Exhibit 2 to the Complaint.



Exhibit 2 to the Complaint.



Source: https://www.infosys.com/industries/communication-services/white-papers/documents/virtual-multichannel-video-programming.pdf, Page 3

Exhibit 2 to the Complaint.

### How does a Virtual-MVPD work?

A Virtual MVPD operates in the same way as an MSO by acting as a content service provider, without any constraints of directly owning the network infrastructure for content delivery. They

1. Sign up content distribution agreement with multiple providers.

2. Host the content for streaming via 3rd party internet.

3. Provide a streaming device at the customer premise to receive the content securely. Some of them pre-integrate this with TV manufacturers.

4. Stream the content through customer's choice of broadband provider.

5. Bill the customer on a subscription/ transaction basis for the content

Exhibit 2 to the Complaint.

| | |
|---|---|
| | Source:  https://www.infosys.com/industries/communication-services/white-papers/documents/virtual-multichannel-video-programming.pdf, Page 3<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [37.3] instructions for ascertaining that the node server transmitted the specified content to the client, wherein an owner of the node server is offered an incentive as compensation for transmission of the specified content to the client. | Company provides instructions for ascertaining that the node server transmitted the specified content to the client, wherein an owner of the node server is offered an incentive as compensation for transmission of the specified content to the client.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, when the user searches for the content, the application identifies the server where the content is stored and securely delivers the requested content to the user. Further, the application comprises a feature of 'continue watching' that allows users to resume watching their content from where they left off. Therefore, it would be apparent to a person having ordinary skill in the art that the application includes instructions for ascertaining that the node server transmitted the specified content to the user.<br><br>Furthermore, the application provides multiple subscription plans for the user to access the content provided in the application such that the user is billed for accessing the content. Therefore, it would be apparent to a person having ordinary skill in the art that Sling TV ("an owner of the node server") receives an incentive as compensation for transmitting the specified content to the client. |

Exhibit 2 to the Complaint.



Source: https://www.youtube.com/watch?v=ZouosTxhufQ (annotated)

Exhibit 2 to the Complaint.



Source: https://www.sling.com/help/en/learn-about-sling/using-sling/my-tv#:~:text=BROWSER-,CONTINUE%20WATCHING%20or%20clear%20your%20viewing%20history,ribbon%20to%20resume%20your%20show

Exhibit 2 to the Complaint.



Source: https://www.sling.com

Exhibit 2 to the Complaint.

### How does a Virtual-MVPD work?

A Virtual MVPD operates in the same way as an MSO by acting as a content service provider, without any constraints of directly owning the network infrastructure for content delivery. They

1. Sign up content distribution agreement with multiple providers.

2. Host the content for streaming via 3rd party internet.

3. Provide a streaming device at the customer premise to receive the content securely. Some of them pre-integrate this with TV manufacturers.

4. Stream the content through customer's choice of broadband provider.

5. Bill the customer on a subscription/ transaction basis for the content

15

Exhibit 2 to the Complaint.

|  | Source: https://www.infosys.com/industries/communication-services/white-papers/documents/virtual-multichannel-video-programming.pdf, Page 3 <br><br> Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
|---|---|

Exhibit 2 to the Complaint.

## 2. List of References

1. https://www.sling.com/#:~:text=Sling%20TV%20is%20the%20first,home%20or%20on%20the%20go!, last accessed on May 16, 2024.
2. https://www.sling.com/#entertainment, last accessed on May 16, 2024.
3. https://www.sling.com/search, last accessed on May 16, 2024.
4. https://www.youtube.com/watch?v=ZouosTxhufQ, last accessed on May 16, 2024.
5. https://www.sling.com, last accessed on May 16, 2024.
6. https://www.appsflyer.com/glossary/mvpd/, last accessed on May 16, 2024.
7. https://www.infosys.com/industries/communication-services/white-papers/documents/virtual-multichannel-video-programming.pdf, last accessed on May 16, 2024.