# RETURN OF SERVICE

| | | |
|---|---|---|
| **State of Texas** | **County of Harrison** | **District Court Court** |

Case Number: 2:24-cv-420

Plaintiff:

**QUANTUM TECHNOLOGY INNOVATIONS, LLC**

vs.

Defendant:

**DISH NETWORK CORPORATION**

For:
Caleb Malone
Malone Process Service, LLC
P.O. Box 720040
Dallas, TX 75372

Received by Gregory Flagg on the 7th day of June, 2024 at 3:55 am to be served on **Dish Network Corporation c/o Timothy Allen Messner, 9601 S MERIDIAN BLVD, ENGLEWOOD,, CO 80112**.

I, Gregory Flagg, do hereby affirm that on the **17th day of June, 2024** at **11:40 am, I:**

served a **CORPORATION** by delivering a true copy of the **Summons and Complaint** with the date and hour of service endorsed thereon by me, to: **Lawrence Katzin** as **SVP, Deputy General Counsel** for **Dish Network Corporation c/o Timothy Allen Messner**, at the address of: **9601 S MERIDIAN BLVD, ENGLEWOOD,, CO 80112**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
6/17/2024  11:39 am  Attempted service at 9601 S MERIDIAN BLVD, ENGLEWOOD,, CO 80112, Service has been made

**Description** of Person Served: Age: 55, Sex: M, Race/Skin Color: Caucasian, Height: 5'8", Weight: 160, Hair: Salt & Pepper, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served.

_____
**Gregory Flagg**
Process Server

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V

