UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **QUANTUM TECHNOLOGY INNOVATIONS, LLC,**<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>**DISH NETWORK CORPORATION,**<br><br>　　　　Defendant. | Case No. 2:24-cv-00420 |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and 41(a)(1)(B), Plaintiff Quantum Technology Innovations, LLC respectfully submits this notice of voluntary dismissal without prejudice of Defendant Dish Network Corporation. Defendant has not served either an answer or a motion for summary judgment.

Dated:  August 8, 2024

Respectfully Submitted,

*/s/ Randall Garteiser*
Randall Garteiser
　Texas Bar No. 24038912
　rgarteiser@ghiplaw.com
**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420

**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on this Thursday, August 8, 2024.

/s/ *Randall Garteiser*
Randall Garteiser