**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| QUANTUM TECHNOLOGY INNOVATIONS, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>DISH NETWORK CORPORATION,<br><br>*Defendant*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 2:24-cv-00420-JRG-RSP |

**ORDER**

Before the Court is the Notice of Voluntary Dismissal Without Prejudice (the "Notice") filed by Quantum Technology Innovations, LLC. (Dkt. No. **7**.) In the Notice, Plaintiff represents that the above-captioned case is voluntarily dismissed WITHOUT PREJUDICE. (*Id*. at 1.)

In light of the Notice, which the Court **ACCEPTS AND ACKNOWLEDGES**, and pursuant to Rule 41(a)(1)(A)(i), no Defendant having filed an answer or motion for summary judgment, all pending claims and causes of action in the above-captioned case are **DISMISSED WITHOUT PREJUDICE**. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**So ORDERED and SIGNED this 14th day of August, 2024.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE